**Order entered December 17, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00531-CV

**JUAN CARLOS FLORES, Appellant**

**V.**

**CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

Before the Court is appellant's December 15, 2014, third motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on December 16, 2014 filed as of the date of this Order.

/s/    CRAIG STODDART
        JUSTICE